**MINUTE ENTRY**
**May 7, 2007**
**JUDGE DONALD E. WALTER**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ELAIN L. CHAO, Secretary of Labor, United States Department of Labor<br>    Plaintiff, | CIVIL ACTION: CV 04-1424 |
| VERSUS | JUDGE DONALD E. WALTER |
| SERVICE CORPORATION INTERNATIONAL and NEW YORK FUNERAL CHAPELS, INC.<br>    Defendants | |

---

The parties in the above captioned matter are hereby ordered to submit a joint draft of a final judgment consistent with this Court's oral ruling from the bench. The final judgment shall be submitted within thirty days from the date of this order.