**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION**

| | |
|---|---|
| ELAIN L. CHAO, Secretary of Labor,<br>United States Department of Labor<br>Plaintiff, | CIVIL ACTION: CV 04-1424 |
| VERSUS | JUDGE DONALD E. WALTER |
| SERVICE CORPORATION INTERNATIONAL and<br>NEW YORK FUNERAL CHAPELS, INC.<br>Defendants | |

## ORDER

Before the Court is Defendants' Application for Recovery of Attorneys' Fees and Expenses and Supporting Brief [Doc. #45].

Upon consideration, it is **ORDERED** that Defendants' motion [Doc. #45] is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 26 day of May, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE