UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor | Civil Action |
| | File No. |
| v. | CV-04-1424 |
| SERVICE CORPORATION INTERNATIONAL, a Corporation and NEW YORK FUNERAL CHAPELS, INC., a Corporation, | (DEW) |
| Defendants. | |

---

## **JUDGMENT**

WHEREAS trial was held in this matter on December 13, 14 and 15, 2006; and

WHEREAS, the Court announced its Decision in favor of Defendants on December 15, 2006.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

Final Judgment is entered in favor of defendants.

Entered this 30 day of May, 2007

_____
Donald E. Walter
United States District Judge